Scott J. Grossberg (Bar No. 123359)
Joseph E. Brick (Bar No. 253132)
**CIHIGOYENETCHE, GROSSBERG & CLOUSE**
8038 Haven Avenue, Suite E
Rancho Cucamonga, CA 91730
(909) 483-1850
(909) 483-1840 Fax
sgrossberg@cgclaw.com
josephbrick@cgclaw.com
Attorneys for Defendant
TOWN OF MAMMOTH LAKES

Fee Exempt - Public Entity, Gov. Code § 6103

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| WILLIAM R. CROSBY,<br><br>Plaintiff,<br><br>vs.<br><br>THE COUNTY OF MONO, THE TOWN OF MAMMOTH LAKES, a Municipal Corporation, MONET a form of entity unknown, SETH CLARK, an Individual, TIMOTHY WALTER KENDALL, an Individual, PAUL ROBLES, an Individual, RICK MOBERLY, an Individual, and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 2:11-CV-01458-KJM-EFB<br><br>*[Honorable Kimberly J. Mueller, Courtroom 3]*<br><br>**NOTICE (AMENDED) OF HEARING ON TOWN OF MAMMOTH LAKES' MOTION TO DISMISS FOR FAILURE TO STATE CLAIM UPON WHICH RELIEF CAN BE GRANTED (F.R.C.P. RULE 12(b)(6))**<br><br>DATE:    August 10, 2011<br>TIME:    10:00 a.m.<br>CTRM:   24<br><br>COMPLAINT FILED:  May 31, 2011<br>TRIAL DATE:            None Set |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that the Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted filed by Defendant TOWN OF MAMMOTH LAKES is now set for hearing before the Honorable Edmund F. Brennan, Magistrate

1

1 | Judge, on August 10, 2011, at 10:00 a.m., in Courtroom 24 of the above-entitled Court,
2 | located at 501 "I" Street, Sacramento, California.

DATED: June 30, 2011           CIHIGOYENETCHE, GROSSBERG & CLOUSE

By: _____
    SCOTT J. GROSSBERG
    Attorneys for Defendant
    TOWN OF MAMMOTH LAKES

2

NOTICE (AMENDED) OF HEARING ON TOWN OF MAMMOTH LAKES' MOTION TO DISMISS FOR FAILURE TO STATE CLAIM UPON WHICH RELIEF CAN BE GRANTED (F.R.C.P. RULE 12(b)(6))

*Crosby v. County of Mono, et al.*
Case No. 2:11-CV-01458-KJM-EFB

### PROOF OF SERVICE

STATE OF CALIFORNIA -- COUNTY OF SAN BERNARDINO

    I am employed in the County of San Bernardino, State of California. I am over the age of 18 and not a party to the within action; my business address is 8038 Haven Avenue, Suite E, Rancho Cucamonga, CA 91730.

    On **June 30, 2011**, I served the foregoing document described as **NOTICE (AMENDED) OF HEARING ON TOWN OF MAMMOTH LAKES' MOTION TO DISMISS FOR FAILURE TO STATE CLAIM UPON WHICH RELIEF CAN BE GRANTED (F.R.C.P. RULE 12(b)(6))** on the interested parties in this action as follows:

/ /  **BY ELECTRONIC FILING AND SERVICE with the Clerk of the Court using the CM/ECF System: (FRCP 5(b)(2)(D)):** In accordance with FRCP 5(b)(2)(D) and the above-entitled Court's Local Rules, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/X/  **BY MAIL (C.C.P. §§ 1013(a)):** By placing the document listed above in a sealed envelope addressed to the parties set forth on the attached Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Rancho Cucamonga, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

/X/  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **June 30, 2011**, at Rancho Cucamonga, California.

_____
DENISE SCHWOB

3

NOTICE (AMENDED) OF HEARING ON TOWN OF MAMMOTH LAKES' MOTION TO DISMISS FOR FAILURE TO STATE CLAIM UPON WHICH RELIEF CAN BE GRANTED (F.R.C.P. RULE 12(b)(6))

*Crosby v. County of Mono, et al.*
*Case No. 2:11-CV-01458-KJM-EFB*

## SERVICE LIST

William R. Crosby                                    *Plaintiff In Pro Se*
282 Ridgecrest Drive
P.O. Box 5061
Mammoth Lakes, CA  93546
(760) 914-1870/phone

4

NOTICE (AMENDED) OF HEARING ON TOWN OF MAMMOTH LAKES' MOTION TO DISMISS FOR FAILURE TO STATE CLAIM UPON WHICH RELIEF CAN BE GRANTED (F.R.C.P. RULE 12(b)(6))