1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM R. CROSBY,

11              Plaintiff,                     No. CIV S-11-1458 KJM EFB PS

12        vs.

13   COUNTY OF MONO; TOWN OF
     MAMMOTH LAKES; MONET;
14   SETH CLARK; TIMOTHY WALTER
     KENDALL; PAUL ROBLES; RICK
15   MOBERLY; and DOES 1-10 inclusive,

16              Defendants.                    ORDER TO SHOW CAUSE
     _____/
17

18         This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to

19   Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).  On June 29,

20   2011, defendant Town of Mammoth Lakes filed a motion to dismiss plaintiff's complaint, and

21   noticed the motion to be heard on August 10, 2011.  Dckt. Nos. 4, 8.

22         Court records reflect that plaintiff has not filed either an opposition or a statement of

23   non-opposition to the motion.  Local Rule 230(c) provides that opposition to the granting of a

24   motion, or a statement of non-opposition thereto, must be served upon the moving party, and

25   filed with this court, no later than fourteen days preceding the noticed hearing date or, in this

26   instance, by July 27, 2011.  Local Rule 230(c) further provides that "[n]o party will be entitled to

1

1  be heard in opposition to a motion at oral arguments if opposition to the motion has not been

2  timely filed by that party."

3       Local Rule 183, governing persons appearing in pro se, provides that failure to comply

4  with the Federal Rules of Civil Procedure and Local Rules may be ground for dismissal,

5  judgment by default, or other appropriate sanction.  Local Rule 110 provides that failure to

6  comply with the Local Rules "may be grounds for imposition by the Court of any and all

7  sanctions authorized by statute or Rule or within the inherent power of the Court."  *See also*

8  *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules

9  is a proper ground for dismissal.").  Pro se litigants are bound by the rules of procedure, even

10  though pleadings are liberally construed in their favor.  *King v. Atiyeh*, 814 F.2d 565, 567 (9th

11  Cir. 1987).

12       Accordingly, IT IS HEREBY ORDERED that:

13       1.  The hearing on the Town of Mammoth Lakes' motion to dismiss, Dckt. No. 4, is

14  continued to September 7, 2011.

15       2.  Plaintiff shall show cause, in writing, no later than August 24, 2011, why sanctions

16  should not be imposed for failure to timely file an opposition or a statement of non-opposition to

17  the pending motion.

18       3.  Plaintiff shall file an opposition to the motion, or a statement of non-opposition

19  thereto, no later than August 24, 2011.

20       4.  Failure of plaintiff to file an opposition will be deemed a statement of non-opposition

21  to the pending motion, and may result in a recommendation that this action be dismissed for lack

22  of prosecution and/or for failure to comply with court orders and this court's Local Rules.  *See*

23  Fed. R. Civ. P. 41(b).

24       5.  The Town of Mammoth Lakes may file a reply to plaintiff's opposition, if any, on or

25  before August 31, 2011.

26  ////

6.  The status conference currently scheduled for October 12, 2011, is rescheduled for December 21, 2011 at 10:00 a.m. in Courtroom No. 24.

7.  On or before December 7, 2011, the parties shall file status reports addressing the matters referenced in the court's June 1, 2011 order.

SO ORDERED.

DATED:  August 1, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3