UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

WILLIAM R. CROSBY,
Plaintiff(s)/Petitioner(s),

vs.

CASE NO. 2:11-CV-01458-KJM -EFB

COUNTY OF MONO, ET AL.,
Defendant(s)/Respondents(s).

**IMPORTANT**
**IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.**

☐  **CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: _____   Signature: _____

Print Name: _____
( ) Plaintiff/Petitioner   ( ) Defendant/Respondent
( ) Counsel for *_____

☒  **DECLINE OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

Date: August 3, 2011   Signature: _/s/ Marjorie E. Manning_

Print Name: Marjorie E. Manning
( ) Plaintiff/Petitioner   (X) Defendant/Respondent
(X) Counsel for *County of Mono, Timothy Kendall, Seth Clark

*If representing more than one party, counsel must indicate name of each party responding.*