IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM R. CROSBY,

    Plaintiff,                            No. CIV S-11-1458 KJM EFB PS

    vs.

COUNTY OF MONO; TOWN OF MAMMOTH LAKES; MONET; SETH CLARK; TIMOTHY WALTER KENDALL; PAUL ROBLES; RICK MOBERLY; and DOES 1-10 inclusive,

    Defendants.                      ORDER

_____/

    This case, in which plaintiff was originally proceeding *pro se*, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On August 24, 2011, attorney John Scott Manzano filed a notice of designation as plaintiff's counsel in this case, as well as a response to the undersigned's August 1, 2011 order to show cause, an opposition to one of the pending motions to dismiss, and a request to amend the complaint.[1] Dckt. Nos. 14, 15. For the reasons set forth in plaintiff's declaration, Dckt. No. 15-1, the August 1, 2011 order to show cause will be discharged. Additionally, because plaintiff is now

---

[1] Plaintiff noticed the hearing on the motion to amend before the undersigned on September 7, 2011.

1

represented by counsel, the referral to the magistrate judge will be withdrawn and the case will be referred back to the district judge. Therefore, all currently scheduled dates presently set before the undersigned will be vacated. The undersigned will, however, continue to perform the usual discovery tasks associated with ordinary civil cases.

Accordingly, IT IS HEREBY ORDERED that:

1. The August 1, 2011 order to show cause, Dckt. No. 10, is vacated;

2. The referral of this case to the magistrate judge is withdrawn and the case is referred back to the district judge; and

3. The September 7, 2011 hearing on two motions to dismiss, Dckt. Nos. 4 and 11; the September 7, 2011 hearing on plaintiff's motion to amend, Dckt. No. 15; the September 28, 2011 hearing on a separate motion to dismiss, Dckt. No. 13; and the December 21, 2011 status (pretrial scheduling) conference, Dckt. No. 10, which are all currently set before the undersigned, are vacated.

SO ORDERED.

Dated: August 26, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE