**Scott J. Grossberg (Bar No. 123359)**
**Joseph E. Brick (Bar No. 253132)**
**CIHIGOYENETCHE, GROSSBERG & CLOUSE**
8038 Haven Avenue, Suite E
Rancho Cucamonga, CA 91730
(909) 483-1850
(909) 483-1840 Fax
sgrossberg@cgclaw.com
josephbrick@cgclaw.com
Attorneys for Defendants
TOWN OF MAMMOTH LAKES,
PAUL ROBLES and RICK MOBERLY

**Fee Exempt - Public Entity, Gov. Code § 6103**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

WILLIAM R. CROSBY,

Plaintiff,

vs.

THE COUNTY OF MONO, THE TOWN OF MAMMOTH LAKES, a Municipal Corporation, MONET a form of entity unknown, SETH CLARK, an Individual, TIMOTHY WALTER KENDALL, an Individual, PAUL ROBLES, an Individual, RICK MOBERLY, an Individual, and DOES 1 to 10, inclusive,

Defendants.

CASE NO.: 2:11-CV-01458-KJM-EFB

***[Honorable Kimberly J. Mueller, Courtroom 3]***

**NOTICE OF NON-OPPOSITION BY PLAINTIFF WILLIAM R. CROSBY TO TOWN OF MAMMOTH LAKES' MOTION TO DISMISS FOR FAILURE TO STATE CLAIM UPON WHICH RELIEF CAN BE GRANTED**

DATE: September 28, 2011
TIME: 10:00 a.m.
CTRM: 3

COMPLAINT FILED: May 31, 2011
TRIAL DATE: None Set

**TO: ALL INTERESTED PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that no Opposition has been filed by Plaintiff WILLIAM R. CROSBY in response to the TOWN OF MAMMOTH LAKES' ("TOWN") Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted, which is set for hearing before the Honorable Kimberly J. Mueller on September 28, 2011, at 10:00 a.m., in Courtroom 3 of the above-entitled court.

1

NOTICE OF NON-OPPOSITION BY PLAINTIFF WILLIAM R. CROSBY TO TOWN OF MAMMOTH LAKES' MOTION TO DISMISS FOR FAILURE TO STATE CLAIM UPON WHICH RELIEF CAN BE GRANTED

Opposition to the TOWN'S Motion was due on September 14, 2011. As of September 21, 2011, the TOWN has not been served with any Opposition and review of the court docket reflects that none has been filed with the above-entitled court.

Counsel for the TOWN is aware of the Declaration of William R. Crosby in Opposition to the Motion to Dismiss and Response to Order to Show Cause filed on August 24, 2011 in relation to the prior hearings scheduled for September 7, 2011, before the Magistrate Judge, however, no Opposition has been received nor filed to the TOWN'S Motion now set for September 28, 2011, before the Honorable Kimberly J. Mueller.

Accordingly, the TOWN respectfully requests that this Court grant the TOWN'S Motion.

DATED: September 21, 2011 Cihigoyenetche, Grossberg & Clouse

By: /s/ Scott J. Grossberg
SCOTT J. GROSSBERG
Attorneys for Defendants
TOWN OF MAMMOTH LAKES,
PAUL ROBLES and RICK MOBERLY

2

NOTICE OF NON-OPPOSITION BY PLAINTIFF WILLIAM R. CROSBY TO TOWN OF MAMMOTH LAKES' MOTION TO DISMISS FOR FAILURE TO STATE CLAIM UPON WHICH RELIEF CAN BE GRANTED

*Crosby v. County of Mono, et al.*
*Case No. 2:11-CV-01458-KJM-EFB*

**PROOF OF SERVICE**

STATE OF CALIFORNIA -- COUNTY OF SAN BERNARDINO

I am employed in the County of San Bernardino, State of California. I am over the age of 18 and not a party to the within action; my business address is 8038 Haven Avenue, Suite E, Rancho Cucamonga, CA 91730.

On **September 21, 2011**, I served the foregoing document described as **NOTICE OF NON-OPPOSITION BY PLAINTIFF WILLIAM R. CROSBY TO TOWN OF MAMMOTH LAKES' MOTION TO DISMISS FOR FAILURE TO STATE CLAIM UPON WHICH RELIEF CAN BE GRANTED** on the interested parties in this action as follows:

/X/ **BY ELECTRONIC FILING AND SERVICE with the Clerk of the Court using the CM/ECF System: (FRCP 5(b)(2)(D)):** In accordance with FRCP 5(b)(2)(D)and the above-entitled Court's Local Rules, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/X/ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **September 21, 2011**, at Rancho Cucamonga, California.

/s/ Denise Schwob
DENISE SCHWOB

3

NOTICE OF NON-OPPOSITION BY PLAINTIFF WILLIAM R. CROSBY TO TOWN OF MAMMOTH LAKES' MOTION TO DISMISS FOR FAILURE TO STATE CLAIM UPON WHICH RELIEF CAN BE GRANTED

*Crosby v. County of Mono, et al.*
*Case No. 2:11-CV-01458-KJM-EFB*

**SERVICE LIST**

John S. Manzano, Esq.
Minaret Legal Services, APC
181 Sierra Manor Road, #4
P.O. Box 8931
Mammoth Lakes, CA 93546
legalservice@mammothattorney.com
(760) 934-4660/phone
(760) 924-7992/fax

***Attorneys for Plaintiff WILLIAM R. CROSBY***

Marjorie E. Manning, Esq.
Bolling & Gawthrop
8880 Cal Center Drive, Suite 190
Sacramento, CA 95826
mem@bwg-inc.com
(916) 369-0777/phone
(916) 369-2698/fax

***Attorneys for Defendants COUNTY OF MONO; SETH CLARK; and TIMOTHY WALTER KENDALL***