MARJORIE E. MANNING, SBN 118643
**BOLLING & GAWTHROP**
A Professional Corporation
8880 Cal Center Drive, Suite 190
Sacramento, California 95826
Telephone No. (916) 369-0777
Telecopier No. (916) 369-2698
E-mail: mem@bwg-inc.com

Attorneys for Defendants COUNTY OF MONO, SETH CLARK,
and TIMOTHY WALTER KENDALL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM R. CROSBY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE COUNTY OF MONO, THE TOWN OF MAMMOTH LAKES, a Municipal Corporation, MONET a form of entity unknown, SETH CLARK, an individual, TIMOTHY WALTER KENDALL, an individual, PAUL ROBLES, an individual, and DOES 1 to 10, inclusive,<br><br>Defendants.<br>_____ / | CASE NO. 2:11-CV-1458 KJM EFB (PS)<br><br>DECLARATION OF MARJORIE E. MANNING IN SUPPORT OF DEFENDANTS COUNTY OF MONO'S, SETH CLARK'S AND TIMOTHY WALTER KENDALL'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT (F.R.C.P. 12(b)(6))<br><br>DATE:     September 28, 2011<br>TIME:      10:00 a.m.<br>CRTRM:  3 (15TH Floor) |

I, Marjorie E. Manning, declare that,

1.      I am an attorney licensed to practice law in the State of California and in the United States District Court, Eastern District of California. I am a shareholder of Bolling & Gawthrop, attorneys for defendants County of Mono, Seth Clark and Timothy Walter Kendall in this action. This declaration is submitted in support of my clients' pending motion to dismiss plaintiff's complaint.

2.      My clients' motion to dismiss, which was filed in August 2011, is scheduled for hearing on September 28, 2011. Plaintiff's last day to file and serve opposition to the motion was September 14, 2011. My office has not been served with any opposing papers or a statement of non-

---
1
DECLARATION OF MARJORIE E. MANNING IN SUPPORT OF DEFENDANTS COUNTY OF MONO'S, SETH CLARK'S AND TIMOTHY WALTER KENDALL'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

opposition on plaintiff's behalf, and review of the docket in this matter reveals no such filings. Nor have I received any communication from plaintiff or his counsel concerning the pending motion.

      3.      For the foregoing reasons, I respectfully request that the pending motion to dismiss filed on behalf of defendants County of Mono, Seth Clark and Timothy Walter Kendall be granted and that this action be dismissed in its entirety as to said defendants.

I hereby declare under penalty of perjury pursuant to the laws of the United States and the State of California that the foregoing is true and correct, that I have personal knowledge of the facts set forth herein, and if called as a witness in this matter I could and would testify competently thereto.

Executed this 21st day of September 2011 at Sacramento, California.

                                          /s/ Marjorie E. Manning
                                          MARJORIE E. MANNING

BOLLING, WALTER & GAWTHROP
A Professional Corporation

2

DECLARATION OF MARJORIE E. MANNING IN SUPPORT OF DEFENDANTS COUNTY OF MONO'S, SETH CLARK'S AND TIMOTHY WALTER KENDALL'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

CASE NAME: *Crosby v. County of Mono*
COURT/CASE NO.: USDC-Eastern No. 2:11-CV-01458-KJM-EFB

## PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Sacramento, State of California. My business address is 8880 Cal Center Drive, Suite 190, Sacramento, California 95826. I am over the age of 18 years and not a party to the above-entitled action.

On September 21, 2011, I caused the within:

**DECLARATION OF MARJORIE E. MANNING IN SUPPORT OF DEFENDANTS COUNTY OF MONO'S, SETH CLARK'S AND TIMOTHY WALTER KENDALL'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT (F.R.C.P. 12(b)(6))**

__✓__ BY THE COURT'S C/ECF SYSTEM: I caused each such document(s) to be transmitted electronically by posting such document electronically to the ECF website of the United States District Court for the Eastern District of California, on all ECF-registered parties in the action.

____ MAIL – I am readily familiar with Bolling & Gawthrop's practice for collection and processing of correspondence for mailing with the United States Postal Services. Pursuant to said practice, each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day's mail is collected and deposited in a U.S. mailbox at Sacramento, California at or before the close of each day's business. (CCP Section 1013a(3).)

____ BY INTERNET/ELECTRONIC MAIL: I caused to be transmitted a copy of the foregoing document(s) this date via internet/electronic mail to Microsoft Outlook for service on the interested parties in this action via their email addresses listed below.

____ FACSIMILE – On September 21, 2011, by use of facsimile machine telephone number (916) 369-2698, I served a true copy of the aforementioned document(s) on the parties in said action by transmitting by facsimile machine to the numbers as set forth below. The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2008(e), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Declaration.

____ BY PERSONAL SERVICE – I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

____ OVERNIGHT COURIER – By causing a true copy and/or original thereof to be personally delivered via the following overnight courier service

| | |
|---|---|
| John S. Manzano, Esq.<br>Minaret Legal Services, APC<br>181 Sierra Manor Road, #4<br>P.O. Box 8931<br>Mammoth Lakes, CA 93546<br>Ph: (760) 934-4669<br>Fax: (760) 924-7992<br>Email: legalservice@mammothattorney.com<br><br>**Attorney for Plaintiff** | Scott H, Grossberg, Esq.<br>Joseph Brick<br>Cihigoyenetche, Grossberg & Clouse<br>8038 Haven Avenue, Suite E<br>Rancho Cucamong, CA 91730<br>Ph: (909) 483-1850<br>Fax: (909) 483-1840<br>Email: grossberg@cgclaw.com<br>josephbrick@cgclaw.com<br><br>**Attorneys for Town of Mammoth Lakes** |

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on September 21, 2011, at Sacramento, California.

*Yolanda Manzano*
Yolanda Manzano