IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM CROSBY,

    Plaintiff,                    No. CIV S-2:11-1458-KJM-EFB

    vs.

COUNTY OF MONO; *et al.*,

    Defendants.

## ORDER

On December 28, 2011, plaintiff William Crosby filed his first amended complaint (ECF No. 27), stating a cause of action under 42 U.S.C. § 1983 with various attendant state law claims. On January 12, 2012, defendants Rick Moberly, Paul Robles, Town of Mammoth Lakes, Seth Clark, County of Mono (collectively, "defendants") moved to dismiss the complaint for failing to state a cause of action. (ECF Nos. 28-32.) Under Local Rule 230(c), plaintiff's opposition or statement of non-opposition was due on February 10, 2012. Plaintiff has failed to timely file either an opposition or statement of non-opposition to the motion to dismiss. Plaintiff is ordered to show cause within seven (7) days why this action should not be dismissed for failure to prosecute. The February 24, 2012 hearing date is hereby vacated pending resolution of this order to show cause.

    IT IS SO ORDERED.

DATED: February 14, 2012.

_____
UNITED STATES DISTRICT JUDGE

1