# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**WILLIAM R. CROSBY,**

CASE NO: **2:11–CV–01458–KJM –EFB**

v.

**COUNTY OF MONO, ET AL.,**

_____

<u>XX</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/13/12**

**Victoria C. Minor**
Clerk of Court

ENTERED:  **June 13, 2012**

by:  /s/  H. Kaminski_____
Deputy Clerk