Scott J. Grossberg (Bar No. 123359)
Laurel A. Hoehn (Bar No. 232946)
**CIHIGOYENETCHE, GROSSBERG & CLOUSE**
8038 Haven Avenue, Suite E
Rancho Cucamonga, CA 91730
(909) 483-1850
(909) 483-1840 Fax
sgrossberg@cgclaw.com
josephbrick@cgclaw.com
Attorneys for Defendants
TOWN OF MAMMOTH LAKES,
PAUL ROBLES and RICK MOBERLY

Fee Exempt - Public Entity, Gov. Code § 6103

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| WILLIAM R. CROSBY,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>THE COUNTY OF MONO, THE TOWN OF MAMMOTH LAKES, a Municipal Corporation, MONET a form of entity unknown, SETH CLARK, an Individual, TIMOTHY WALTER KENDALL, an Individual, PAUL ROBLES, an Individual, RICK MOBERLY, an Individual, and DOES 1 to 10, inclusive,<br><br>　　　　　　　Defendants. | CASE NO.: 2:11-CV-01458-KJM-EFB<br><br>*[Hon. Kimberly J. Mueller, Courtroom 3]*<br><br>**DECLARATION OF SCOTT J. GROSSBERG RE: NOTICE OF STAY OF PROCEEDINGS**<br><br>COMPLAINT FILED:　May 31, 2011<br>TRIAL DATE:　　　　None Set |

I, SCOTT J. GROSSBERG, state and declare as follows:

///

///

1

DECLARATION OF SCOTT J. GROSSBERG RE: NOTICE OF STAY OF PROCEEDINGS

1. That I am an attorney duly licensed to practice law before all the Courts of the State of California and the United States District Court where this action is based; that I am a partner in the law firm of Cihigoyenetche, Grossberg & Clouse, counsel of record for Defendants TOWN OF MAMMOTH LAKES, PAUL ROBLES, and RICK MOBERLY; that I am one of the individuals responsible for the handling of this matter and, therefore, I have personal knowledge of the facts set forth herein and would and could so testify if called upon to do so.

2. I am the attorney for the TOWN OF MAMMOTH LAKES in this matter, the party who has caused the stay.

3. This case is stayed with regard to all parties.

4. The reason for the automatic stay is the Voluntary Petition for Bankrupcty under Chapter 9 filed by the TOWN OF MAMMOTH LAKES on July 3, 2012.

5. Attached hereto as Exhibit A is a true and correct copy of the conformed Petition filed with the United States Bankruptcy Court for the Eastern District of California on July 3, 2012.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of July, 2012, at Rancho Cucamonga, California.

SCOTT J. GROSSBERG, Declarant

DECLARATION OF SCOTT J. GROSSBERG RE: NOTICE OF STAY OF PROCEEDINGS

# EXHIBIT A

**3**

B 1 (Official Form 1) (12/11)

| UNITED STATES BANKRUPTCY COURT<br>Eastern District of California | VOLUNTARY PETITION |
|---|---|
| Name of Debtor (If individual, enter Last, First, Middle):<br><br>Town of Mammoth Lakes, California | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): 77-0043067 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br><br>437 Old Mammoth Rd., Suite R, Mammoth Lakes, CA    ZIP CODE: 93546 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place Of Business:<br>Mono County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>P.O. Box 1609, Mammoth Lakes, CA    ZIP CODE: 93456 | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtor) *See Exhibit D on page 2 of this form*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☒ Other (if debtor is not one of the above entities, check this box and state type of entity below.) <u>Municipal Corporation</u>

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other
  <u>Municipal Corporation</u>

**Chapter of the Bankruptcy Code Under Which the Petition is Filed** (Check one box).
- ☐ Chapter 7
- ☒ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interest:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300. *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☒ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☒ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☒ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

2012-32463
FILED
July 03, 2012
12:12 PM

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004321651

52131766.3

B 1 (Official Form 1) (12/11) Page 2

| Voluntary Petition<br>(This page must be completed and filed in every case.) | Name of Debtor(s): Mammoth Lakes, California |  |
|---|---|---|
| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)    (Date)

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

52131768.3

B 1 (Official Form 1) (12/11) _Page 3_

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (if not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |
| **Signature of Attorney\*** <br><br> X _/s/ [signature]_ <br> Signature of Attorney for Debtor(s) <br><br> Michael L. Tuchin <br> Printed Name of Attorney for Debtor(s) <br><br> Klee, Tuchin, Bogdanoff & Stern LLP <br> Firm Name <br><br> Klee, Tuchin, Bogdanoff & Stern LLP <br> 1999 Avenue of the Stars, 39th Floor <br> Los Angeles, CA 90067-6049 <br> Address <br><br> (310) 407-4000 <br> Telephone Number <br><br> July 3, 2012 <br> Date <br><br> \*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signatures of Non-Attorney Bankruptcy Petition Preparer** <br><br> I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X _____ <br> Signature <br><br> _____ <br> Date <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment of both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** <br><br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _/s/ Dave Wilbrecht_ <br> Signature of Authorized Individual <br><br> Dave Wilbrecht <br> Printed Name of Authorized Individual <br><br> Town Manager <br> Title of Authorized Individual <br><br> July 3, 2012 <br> Date | |

52131768.3

*Crosby v. County of Mono, et al.*
Case No. 2:11-CV-01458-KJM-EFB

### PROOF OF SERVICE

STATE OF CALIFORNIA -- COUNTY OF SAN BERNARDINO

I am employed in the County of San Bernardino, State of California. I am over the age of 18 and not a party to the within action; my business address is 8038 Haven Avenue, Suite E, Rancho Cucamonga, CA 91730.

On **July 6, 2012**, I served the foregoing document described as **DECLARATION OF SCOTT J. GROSSBERG RE: NOTICE OF STAY OF PROCEEDINGS** on the interested parties in this action as follows:

/X/   **BY ELECTRONIC FILING AND SERVICE with the Clerk of the Court using the CM/ECF System: (FRCP 5(b)(2)(D)):** In accordance with FRCP 5(b)(2)(D) and the above-entitled Court's Local Rules, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/ /   **BY MAIL (C.C.P. §§ 1013(a)):** By placing the document listed above in a sealed envelope addressed to the parties set forth on the attached Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Rancho Cucamonga, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

/ /   **BY OVERNIGHT MAIL (C.C.P. § 1013(c)):** By **FEDERAL EXPRESS**, following ordinary business practices for collection and processing of correspondence with said overnight mail service, the document listed above was placed in a sealed envelope addressed to the parties set forth on the attached Service List, and delivered to an authorized courier or driver authorized by the express service carrier, with delivery fees fully prepaid or provided for.

/X/   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **July 6, 2012**, at Rancho Cucamonga, California.

DENISE SCHWOB

3

DECLARATION OF SCOTT J. GROSSBERG RE: NOTICE OF STAY OF PROCEEDINGS

*Crosby v. County of Mono, et al.*
*Case No. 2:11-CV-01458-KJM-EFB*

## SERVICE LIST

| | |
|---|---|
| John S. Manzano, Esq.<br>Minaret Legal Services, APC<br>181 Sierra Manor Road, #4<br>P.O. Box 8931<br>Mammoth Lakes, CA 93546<br>legalservice@mammothattorney.com<br>(760) 934-4660/phone<br>(760) 924-7992/fax | *Attorneys for Plaintiff*<br>*WILLIAM R. CROSBY* |
| Marjorie E. Manning, Esq.<br>Bolling & Gawthrop<br>8880 Cal Center Drive, Suite 190<br>Sacramento, CA  95826<br>mem@bwg-inc.com<br>(916) 369-0777/phone<br>(916) 369-2698/fax | *Attorneys for Defendants*<br>*COUNTY OF MONO; SETH CLARK; and*<br>*TIMOTHY WALTER KENDALL* |

CIHIGOYENETCHE, GROSSBERG & CLOUSE
8038 Haven Avenue, Suite E
Rancho Cucamonga, CA 91730
Tel: 909-483-1850 | Fax: 909-483-1840

DECLARATION OF SCOTT J. GROSSBERG RE: NOTICE OF STAY OF PROCEEDINGS